**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-6172**

─────────

STEVEN W. BELL,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF REVENUE, State of North
Carolina; PAUL L. JONES, Judge; G. DEWEY
HUDSON; SAMPSON COUNTY BOARD OF ELECTIONS; KEN
H. CROW,

                                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge. (CA-03-714-5-H)

─────────

Submitted:  June 10, 2004          Decided:  July 26, 2004

─────────

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Steven W. Bell, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven W. Bell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bell v. Dep't of Revenue, No. CA-03-714-5-H (E.D.N.C. Nov. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED